## TOWN OF FORT SMITH VS. GANTIS.

PRACTICE IN SUPREME COURT:    *Where no motion for new trial.*
  Where there is no motion for new trial, nor bill of exceptions, the record
  presents nothing for the determination of this court.

APPEAL from *Sebastian* Circuit Court.
Hon. J. H. ROGERS, Circuit Judge.
*Brizzolari,* for appellant.
*Sandels, contra.*

HARRISON, J.    James A. Yantis was tried before the
mayor of the town of Fort Smith for the violation of an
ordinance of the town in failing to work upon the streets,
and was convicted and fined $20.

He appealed to the circuit court, and, upon a trial in the
circuit court, was found not guilty, and the town appealed
to this court.

There was no motion for a new trial, nor any bill of ex-
ceptions, and the record presents no question for our de-
termination.

Affirmed.